UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH ROSCH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:15-cv-6184 ) |
| J.P. MORGAN CHASE BANK, N.A., | ) Honorable Judge Shadur ) |
| Defendant. | ) ) ) |

## ORDER APPROVING SETTLEMENT

Upon the parties' Joint Motion for Approval of Settlement, the Court, having reviewed the materials submitted by the parties and finding the settlement of this matter to be fair and reasonable compromise of claims under the Fair Labor Standards Act and the Illinois Minimum Wage Law, hereby approves this settlement and dismisses this matter with prejudice, all parties to bear their own costs and fees except as may be otherwise provided in the parties' settlement agreement.

ENTERED: March 14, 2016

_____
United States District Judge

23914656.1